UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA FISHER, KATHI PUGH, and HELEN WALSH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BERKELEY,<br><br>　　　　　Defendant. | Case No. 3:23-cv-04280-TSH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |

Pursuant to the Parties' Notice of Settlement and Stipulation for Voluntary Dismissal of the Action and the Parties' representations to the Court concerning settlement,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows regarding the above-captioned litigation:

1. All claims by the Plaintiffs are hereby dismissed, with prejudice.

2. The Complaint is hereby dismissed.

**IT IS SO ORDERED**.

DATED: October 7, 2024

_____
Honorable Thomas S. Hixson
United States Magistrate Judge